[No. 63185-3-I.   Division One.   May 18, 2009.]

*In the Matter of the Personal Restraint of* MARK SINGLETON, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 37650-4-II.   Division Two.   May 19, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. MARLYS B. SAMOY, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00518-8, James B. Sawyer II, J., entered April 14, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 37695-4-II.   Division Two.   May 19, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY JAMES JESSUP, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-01552-1, James E. Warme, J., entered April 22, 2008. *Remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[No. 37909-1-II.   Division Two.   May 19, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. JENNIFER KEITH, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00509-9, Toni A. Sheldon, J., entered June 16, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.